UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER TEMPLE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GIBSON, et al.,<br><br>Defendants. | No. 2:23-cv-00478-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. On May 30, 2024, the court dismissed the complaint with leave to file an amended complaint within 30 days. Plaintiff seeks a 90-day extension of time to file the amended complaint, due to health issues he has been experiencing. ECF No. 7.

The motion for extension of time (ECF No. 7) is GRANTED, and plaintiff shall file the amended complaint on or before September 27, 2024.

So ordered.

Dated: July 22, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1